UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

*************************************
                                    *
IN RE SUBPOENAS TO ADVANCED CABLE   *
and SATELLITE LLC                   *        Case No. 1:16-MC-19 (CEJ)
                                    *
*************************************

## ORDER

This matter is before the Court on the motion of the plaintiffs, pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, for enforcement of subpoenas issued to Advanced Cable and Satellite, LLC.  The subpoenas at issue were served on Advanced Cable on May 25, 2016, at the company's office in Scott City, Missouri.  The subpoenas commanded Advanced Cable to produce certain documents by June 21, 2016.  According to plaintiffs, Advanced Cable did not produce the documents by the deadline and has stated that it will not comply with the subpoenas.

The subpoenas were issued in connection with litigation that is pending in the district courts for the Northern District of Florida, the Northern District of Oklahoma, and the Northern District of Alabama.  Nevertheless, because Advanced Cable is located in the Eastern District of Missouri and is required by the subpoenas to produce the documents here, the motion to enforce is properly filed in this judicial district.  Because the September 6, 2016, discovery deadline in one of the cases is fast approaching, the plaintiffs seek immediate relief.  It is unclear whether Advanced Cable has received a copy of the motion.

Rule 45(f) of the Federal Rules of Civil Procedure provides, in relevant part:

When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court *if the person subject to the subpoena consents or if the court finds exceptional circumstances.* (emphasis added)

The Court finds that exceptional circumstances exist that warrant transferring the motion to enforce to the district courts from which the subpoenas were issued.  As noted above, it is unclear whether Advanced Cable has been served with a copy of the motion.  Once the motion is received, the company may wish to file a response.  The district courts in which the underlying litigation is pending are familiar with the issues involved in their cases and with the discovery that has been conducted to date and would, therefore, be in a better position to address any opposition that Advanced Cable may raise in a response.  Also, any decision regarding the propriety of extending the discovery deadline to allow for compliance with the subpoena should be made by the issuing court.  Thus, in accordance with Rule 45(f), the motion to enforce will be transferred to the district courts from which the subpoenas were issued.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer the motion to enforce subpoenas [Doc. # 1] to the following district courts:

*Buttita, et al. v. DIRECTV, LLC et al., Case No. 3:14-CV-00566-MCR-EMT*, United States District Court for the Northern District of Florida;

*Collins v. DIRECTV, LLC et al., Case No.  4:14-CV-00635,* United States District Court for the Northern District of Oklahoma; and

*Battle, et al. v. DIRECTV, LLC et al., Case No. 2:14-CV-02007-AKK,* United States District Court for the Northern District of Alabama.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2016.